# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 12-13262 (BLS) |
| REVSTONE INDUSTRIES, LLC, et al., | : | Adv. No. 15-50033 (BLS) |
| Registered Debtors. | : | |
| | : | |
| GREENWOOD FORGINGS, LLC, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 18-151-GMS |
| ZF CHASSIS COMPONENTS, LLC, et al., | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **12th** day of **February, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process since the material impediments that existed in this matter before the parties' motions for summary judgment and the Bankruptcy Court's decision still remain.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties will not be filing objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1 since this Recommendation is consistent with the parties' request to be removed from mandatory mediation.

In addition, the parties request that the Court enter the following briefing schedule on this appeal:

| | |
|---|---|
| Appellant's Opening Brief | 60 days from close of Designation of the Record |
| Appelles Response | 30 days from filing of Appellant's Opening Brief |
| Appellant's Reply | 30 days from filing of Appelle's Responding Brief. |

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge