IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: REVSTONE INDUSTRIES, LLC, ET AL., <br><br> _____Registered Debtors._____ <br> GREENWOOD FORGINGS, LLC, <br><br> Appellant, <br><br> v. <br><br> ZF CHASSIS COMPONENTS, LLC, ET AL., <br><br> Appellees. | Civ. No. 18-151-GMS <br> Bankruptcy Case No. 12-13262 (BLS) <br> BAP No. 18-4 |

# ORDER

At Wilmington this 16th day of February, 2018, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 5);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due 60 days from close of Designation of the Record.

2. Appellee's brief in opposition to the appeal is due 30 days from filing of Appellant's Opening Brief.

3. Appellant's reply brief is due 30 days from filing of Appellee's Responding Brief.

_____
United States District Judge